**Fill in this information to identify the case:**

Debtor 1: Kerby Eldon Rodgers

Debtor 2: Bertha Elaine Rodgers
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas
(State)

Case number: 17-70280-hdh13

---

**Form 4100R**  AMENDED

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series IV Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 5848 ___ ___ ___

**Property address:** 1316 West Omega Street
Number     Street

Henrietta, TX 76365
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 16 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Kerby Eldon Rodgers<br>First Name   Middle Name   Last Name | Case number (*if known*) | 17-70280-hdh13 |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **Angie Marth**
Signature

Date 07 / 09 / 2020

Print: **Angie Marth**
First Name   Middle Name   Last Name

Title: **Authorized Agent**

Company: **Ghidotti Berger LLP.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: **1920 Old Tustin Ave**
Number   Street

**Santa Ana, CA 92705**
City   State   ZIP Code

Contact phone (**949**) **427** – **2010**

Email: **bknotifications@ghidottiberger.com**

**CERTIFICATE OF SERVICE**

On July 9, 2020, I served the foregoing documents described as Amended response to notice of final cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Monte J. White**
legal@montejwhite.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On July 9, 2020, I served the foregoing documents described as Amended response to notice of final cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Kerby Eldon Rodgers**
PO Box 517
Henrietta, TX 76365

*Joint Debtor*
**Bertha Elaine Rodgers**
PO Box 517
Henrietta, TX 76365

*Trustee*
**Robert B. Wilson**
1407 Buddy Holly Ave
Lubbock, TX 79401

*U.S. Trustee*
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75242

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May